# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Beryl A. | US District Court for the District of Columbia | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

US Courthouse, Room 2010
333 Constitution Avene NW
Washington DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | DC Circuit Historical Society |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Twin Cities PBS, salary |
| 2. | 2019 | Amber Road Media LLC , business income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Organization for Economic Co-operation and Development | December 3, 2019 | Paris, France | Speaking as expert at OECD roundtable | Flight to Paris, hotel, travel to and from airports |
| 2. | Columbia Law School | April 8, 2019 | New York, NY | Judge at moot court competition | Travel, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (svgs, money market, checking | A | Interest | K | T | | | | | |
| 2. Wells Fargo Accounts (savings and checking) | A | Interest | J | T | | | | | |
| 3. Schwab Government Money Fund | A | Interest | | | Sold | 03/31/19 | N | | |
| 4. Schwab Bank Money Market | A | Interest | M | T | Buy | 03/31/19 | N | | |
| 5. Principal Financial 401K | | | | | | | | | |
| 6. --Putnam Stable Value Fund | A | Dividend | J | T | | | | | |
| 7. --PIMCO Real Return Inst Fund | A | Dividend | J | T | | | | | |
| 8. -- Large Cap S&P Index | | None | J | T | | | | | |
| 9. --Midcap S&P 400 Index | | None | J | T | | | | | |
| 10. --Diversified int'l RS Fund | A | Dividend | K | T | | | | | |
| 11. American Funds VCPS.College Money Market Fund | A | Dividend | L | T | | | | | |
| 12. American Funds Capital World Growth and Income | | None | K | T | Buy | 12/30/19 | K | | |
| 13. American Funds Income Fund of America | | None | K | T | Buy | 12/30/19 | K | | |
| 14. American Funds Smallcap World | | None | K | T | Sold (part) | 12/30/19 | J | B | |
| 15. American Funds Fundamental Investors 529F1 | A | Dividend | K | T | | | | | |
| 16. American Funds Growth Fund of America 529F1 | A | Dividend | K | T | | | | | |
| 17. American Funds New Economy Fund 529F1 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Europacific Growth Fund 529F1 | A | Dividend | K | T | | | | | |
| 19. American Funds New Perspective Fund 529F1 | A | Dividend | K | T | | | | | |
| 20. MONY whole life insurance policy | A | Interest | K | T | | | | | |
| 21. US Treasury note 1% due 6/30/19 | A | Interest | | | Matured | 07/01/19 | K | A | |
| 22. US Trasury note 1.25% due 1/31/19 | A | Interest | | | Matured | 01/31/19 | K | A | |
| 23. US Treasury note 1.25% due 4/30/19 | A | Interest | | | Matured | 04/30/19 | L | A | |
| 24. US Treasury note 1.25% due 8/31/19 | A | Interest | | | Matured | 09/03/19 | L | B | |
| 25. US Treasury Note 1.375% due 02/15/20 | B | Interest | L | T | | | | | |
| 26. US Treasury note 1.25% due 01/31/20 | B | Interest | L | T | | | | | |
| 27. US Treasury note 1.375% due 03/31/20 | A | Interest | L | T | | | | | |
| 28. UST Inflation Index Bond | C | Interest | O | T | | | | | |
| 29. US Treasury note 2.625 due 05/15/21 | B | Interest | M | T | Buy | 03/19/19 | M | | |
| 30. US Treasury Note 2.875 due 11/15/21 | B | Interest | M | T | Buy | 03/28/19 | M | | |
| 31. Boeing Notes 2.7% due 05/01/22 | A | Interest | L | T | Buy | 09/23/19 | L | | |
| 32. Microsoft Notes 4.0% due 02/08/21 | | None | L | T | Buy | 12/16/19 | L | | |
| 33. Royal Bank of Canada 2.5% due 01/19/21 | | None | L | T | Buy | 12/12/19 | L | | |
| 34. Baron Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares DJ US Oil Equipment ETF | A | Dividend | K | T | | | | | |
| 36. Ishares Russel 1000 growth | A | Dividend | J | T | | | | | |
| 37. Ishares Russel Midcap Growth ETF | A | Dividend | J | T | | | | | |
| 38. Technology SPDR | D | Dividend | N | T | | | | | |
| 39. Ishares Health Care Providers Index Fd | B | Dividend | K | T | | | | | |
| 40. Ishares TR Russel 2000 Growth Index | B | Dividend | M | T | | | | | |
| 41. Schwab US Large Cap | A | Dividend | J | T | | | | | |
| 42. SPDR Consumer Discretionary ETF | B | Dividend | M | T | | | | | |
| 43. SPDR Industrials ETF | C | Dividend | M | T | | | | | |
| 44. SPDR Tech | C | Dividend | N | T | | | | | |
| 45. Vanguard Consumer Staples | A | Dividend | K | T | | | | | |
| 46. Ishares Gold Trust | | None | J | T | | | | | |
| 47. SPDR Gold | | None | M | T | | | | | |
| 48. BioMarin Pharma | | None | L | T | | | | | |
| 49. Bristol-Meyers Squibb | B | Dividend | L | T | | | | | |
| 50. EOG Resources | A | Dividend | K | T | | | | | |
| 51. Home Depot | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northrop Grumman | B | Dividend | M | T | | | | | |
| 53. Pfizer | C | Dividend | M | T | | | | | |
| 54. Procter and Gamble | C | Dividend | M | T | | | | | |
| 55. Schlumberger | B | Dividend | K | T | | | | | |
| 56. Starbucks | B | Dividend | L | T | | | | | |
| 57. Visa | A | Dividend | M | T | | | | | |
| 58. Herman Bronsweig Educational and Health Trust | | | | | | | | | |
| 59. --Johnson and Johnson | C | Dividend | M | T | | | | | |
| 60. --Lockheed Martin | C | Dividend | M | T | Sold (part) | 11/27/19 | K | D | |
| 61. --Schwab Bank | A | Interest | J | T | | | | | |
| 62. Schwab International Equity | D | Dividend | N | T | | | | | |
| 63. Schwab US TIPS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the Investments and Trusts section, line 6, the asset that was formerly reported as Fixed Income Guaranteed is now reported as Putnam Stable Value Fund. According to Principal Financial, this reflects a name change that occured on 09/23/19. The asset itself did not change.

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/13/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544